IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

DR. JOANN CREDLE,
   Plaintiff,

v.

Civil No. 3:24cv233 (DJN)

VIRGINIA COMMUNITY
COLLEGE SYSTEM,
   Defendant.

## ORDER
### (Granting Motion to Dismiss and Denying as Moot Motion to Strike)

This matter comes before the Court on Virginia Community College System's ("Defendant") Motion to Dismiss (ECF No. 21) and Motion to Strike (ECF No. 22). For the reasons set forth in the Memorandum Opinion accompanying this Order, the Court hereby GRANTS Defendant's Motion to Dismiss (ECF No. 21) and DENIES AS MOOT Defendant's Motion to Strike (ECF No. 22). Counts I, II and III of Plaintiff's Amended Complaint (ECF No. 16) are hereby DISMISSED.

The Court DIRECTS the Clerk's Office to close this case.

This case is now CLOSED.

Let the Clerk file this Order electronically and notify all counsel of record.

It is so ORDERED.

_____/s/_____
David J. Novak
United States District Judge

Richmond, Virginia
Dated: January 3, 2025